JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SANKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY LLC and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 2:21-CV-07912-SVW-AFM<br><br>HON. STEPHEN V. WILSON<br><br>**ORDER GRANTING JOINT STIPULATION TO PROCEED IN ARBITARTION**<br><br>ACTION FILED: AUGUST 30, 2021<br>TRIAL DATE: NONE SET |

Upon reviewing the previously filed Stipulation between the parties, IT IS HEREBY ORDERED THAT:

1. The parties will submit this matter to binding arbitration before JAMS; and

2. This Action is stayed pending completion of the arbitration.

IT IS SO ORDERED.

DATED: October 26, 2021

                                                          *[signature]*

HONORABLE STEPHEN V. WILSON

HUSCH BLACKWELL LLP
300 SOUTH GRAND, SUITE 1500, LOS ANGELES, CA 90071
(213) 337-6550